UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 07-60027-CR-ZLOCH

UNITED STATES OF AMERICA

      Plaintiff,

vs.

C & H WHOLESALE, INC., and
LIFELINE PHARMACY, INC.,

      Defendants.

_____/

## GOVERNMENTS MOTION TO CONFIRM ORDER OF DISMISSAL OF INDICTMENT

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, to move the court to enter an order confirming the order of dismissal entered orally as to defendants C & H Wholesale Inc., and Lifeline Pharmacy Inc., based upon the following:

1. On March 3, 2009, at the conclusion of the government's case-in-chief, an ore tenus motion was made by the undersigned Assistant United States Attorney to dismiss the matter as to C & H Wholesale Inc., and Lifeline Pharmacy Inc., in as much as these two defendants had been administratively dissolved and retained no assets.

2. On March 3, 2009, after the government moved to dismiss the case against these two defendants, the court orally entered an order to dismiss the indictment as to these defendants.

3. The record does not reflect the entry of the order of dismissal as to these defendants and consequently the case as to these two defendants remains open.

WHEREFORE, the United States of America respectfully requests the Court enter an order confirming the dismissal of the charges orally entered on the record on March 3, 2009.

        Respectfully Submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

        *S/ Ellen L. Cohen*
By:   ELLEN L. COHEN
      ASSISTANT U.S. ATTORNEY
      FLA. BAR NO. 0739472
      500 Australian Avenue, Suite 400
      West Palm Beach, FL 33401
      (561) 820-8711
      (561) 820-8777 (FAX)
      Ellen.Cohen@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        *S/ Ellen L. Cohen*
        ELLEN L. COHEN
        ASSISTANT UNITED STATES ATTORNEY